IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-44-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| TULLY JASON SANEM, | |
| Defendant. | |

Before the Court is the United States of America's second Unopposed Motion for Preliminary Order of Forfeiture (Doc. 30). Defendant Tully Jason Sanem has been adjudged guilty of possession with intent to distribute methamphetamine as charged in the indictment and has admitted to its forfeiture allegation (Doc. 28). As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)-(2).

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED:

IT IS FURTHER ORDERED that Defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)-(2):

- Browning Arms Co., S/N 280212;
- American Tactical 1911, S/N A837086;

- Springfield Armory 1911, S/N NM634077; and

- Miscellaneous ammunition and firearms accessories.

IT IS FURTHER ORDERED that the United States Marshal Service, the Drug Enforcement Administration, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 2nd day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court

2