IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-44-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| TULLY JASON SANEM, | |
| Defendant. | |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 36) pursuant to Fed. R. Crim. P. 32.2(c)(2).  Having reviewed said motion, the Court finds:

1.      The United States commenced forfeiture in this action pursuant to 21 U.S.C. § 853(a)(1)-(2).

2.      On January 5, 2026 and February 2, 2026, the Court entered preliminary orders of forfeiture (Docs. 29, 32) that forfeited the Defendant's interest in the listed property.

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).  (Doc. 33.)

4.      No claims were made to the forfeitable property, and the time for doing so expired when published notice was complete.

5.     It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. § 853(a)(1)-(2) and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.     The motion for final order of forfeiture (Doc. 36) is GRANTED.

2.     The following property is finally forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1)-(2), free from the claims of any other party:

- $4,663 U.S. Currency;
- Browning Arms Co., S/N 280212;
- American Tactical 1911, S/N A837086;
- Springfield Armory 1911, S/N NM634077; and
- Miscellaneous ammunition and firearms accessories.

3.     The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court

2